**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    The Turin Aviation Group, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    26-3074238

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Zephyrhills Municipal Airport<br>39450 S Avenue Hangar 200<br>Hangar 200/Office<br>Zephyrhills, FL 33542 | 122 Hickory Creek Blvd.<br>Brandon, FL 33511 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Pasco**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **The Turin Aviation Group, LLC**                                                Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

Debtor **The Turin Aviation Group, LLC**     Case number (*if known*)
    Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **The Turin Aviation Group, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 6, 2019**
MM / DD / YYYY

X **/s/ Edwin Franco**  
Signature of authorized representative of debtor

**Edwin Franco**  
Printed name

Title **Operating Manager, Secretary, Treasurer**

**18. Signature of attorney**

X **/s/ Alberto F. Gomez, Jr.**  
Signature of attorney for debtor

Date **March 6, 2019**  
MM / DD / YYYY

**Alberto F. Gomez, Jr. 784486**  
Printed name

**Johnson, Pope, Bokor,**  
Firm name

**Ruppel & Burns, LLP**
**401 East Jackston Street #3100**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone **813-225-2500**  Email address

**784486 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **The Turin Aviation Group, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  6, 2019**    X **/s/ Edwin Franco**
                                        Signature of individual signing on behalf of debtor

                                        **Edwin Franco**
                                        Printed name

                                        **Operating Manager, Secretary, Treasurer**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **The Turin Aviation Group, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Aaron Poidevin** <br> **4027 Lithia Ridge Blvd.** <br> **Valrico, FL 33596** | | judgment | | | | **$8,314.00** |
| **Ascentium Capital, LLC** <br> **23970 US Highway 59 N** <br> **Kingwood, TX 77339** | | potential rejection damages for early termination of lease | | | | **$12,000.00** |
| **Benjamin Brooks** <br> **6550 150th Ave. N.** <br> **Clearwater, FL 33760** | | judgment | | | | **$5,868.75** |
| **FL Dep of Revenue Collection Agency Section** <br> **5050 W Tennessee St.** <br> **Tallahassee, FL 32399** | | Reemployment Tax Return RT-6 | | | | **Unknown** |
| **Frontier Communciations** <br> **c/o Mccarthy Burgess & Wolff** <br> **26000 Cannon Road** <br> **Cleveland, OH 44146** | | vendor | | | | **$1,144.61** |
| **Hi-Line, Inc.** <br> **2121 Valley View Lane** <br> **Dallas, TX 75234** | | vendor | | | | **$1,197.43** |
| **John Scotello** <br> **325 Danube Ave** <br> **Tampa, FL 33606** | | judgment | | | | **$35,611.10** |
| **Skyport Holdings Tampa, LLC** <br> **17 Cherry Gate Lane** <br> **Trumbull, CT 06611** | | judgment | | | | **$73,860.99** |

Debtor **The Turin Aviation Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tampa Executive Airport** 6530 Tampa Executive Airport Tampa, FL 33610 | | | **Disputed** | | | $0.00 |
| **UPS** PO Box 1216 Richmond, VA 23218 | | vendor | | | | $757.14 |
| **Wells Fargo Bank** P OBox 54349 Los Angeles, CA 90054-0349 | | business line of credit | | | | $8,091.27 |
| **World Fuel Services, Inc.** c/o Greenberg Grant Richards Attn: Esau Kirkmon PO Box 571811 Houston, TX 77257 | | vendor | | | | $1,648.26 |
| **Zephyrhills MunicipalAirport** Attn: Nathan Coleman 39450 South Avenue Zephyrhills, FL 33542 | | commercial property lease | | | | $0.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re **The Turin Aviation Group, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Operating Manager, Secretary, Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 6, 2019**

**/s/ Edwin Franco**  
**Edwin Franco**/**Operating Manager, Secretary, Treasurer**  
Signer/Title

The Turin Aviation Group, LLC
122 Hickory Creek Blvd.
Brandon, FL 33511

Alberto F. Gomez, Jr.
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
401 East Jackston Street #3100
Tampa, FL 33602

Aaron Poidevin
4027 Lithia Ridge Blvd.
Valrico, FL 33596

Ascentium Capital, LLC
23970 US Highway 59 N
Kingwood, TX 77339

Benjamin Brooks
6550 150th Ave. N.
Clearwater, FL 33760

Brandon J. Hill
Wenzel Fenton Cabassa, PA
1110 N Florida Ave #300
Tampa, FL 33602

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

Frontier Communciations
c/o Mccarthy Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

Hi-Line, Inc.
2121 Valley View Lane
Dallas, TX 75234

Hillsborough County Aviation
  Authority
4100 George J Bean Pkwy
Tampa, FL 33607

Hillsborough County Tax
  Collector
601 E. Kennedy Blvd.
14th Floor
Tampa, FL 33602-4931

John Scotello
325 Danube Ave
Tampa, FL 33606

Jon B. Coats, Jr.
Coats Schmidt PA
4055 Central Ave.
Saint Petersburg, FL 33713

Pasco County Tax Collector
P.O. Box 276
Dade City, FL 33526

Skyport Holdings Tampa, LLC
17 Cherry Gate Lane
Trumbull, CT 06611

Tampa Executive Airport
6530 Tampa Executive Airport
Tampa, FL 33610

Transworld Systems, Inc.
500 Virginia Dr #514
Fort Washington, PA 19034

UPS
PO Box 1216
Richmond, VA 23218

Wells Fargo Bank
P OBox 54349
Los Angeles, CA 90054-0349

Wells Fargo Bank
Business Loan Operations Cen
401 Linden Street 3rd FL
Winston Salem, NC 27101

World Fuel Services, Inc.
c/o Greenberg Grant Richards
Attn:  Esau Kirkmon
PO Box 571811
Houston, TX 77257

Zephyrhills MunicipalAirport
Attn:  Nathan Coleman
39450 South Avenue
Zephyrhills, FL 33542

# United States Bankruptcy Court
## Middle District of Florida

In re   **The Turin Aviation Group, LLC**                                    Case No.
                                    Debtor(s)                    Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Turin Aviation Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 6, 2019** | **/s/ Alberto F. Gomez, Jr.** |
| Date | **Alberto F. Gomez, Jr. 784486** |
| | Signature of Attorney or Litigant |
| | Counsel for   **The Turin Aviation Group, LLC** |
| | **Johnson, Pope, Bokor,** |
| | **Ruppel & Burns, LLP** |
| | **401 East Jackston Street #3100** |
| | **Tampa, FL 33602** |
| | **813-225-2500 Fax:813-223-7118** |