**Fill in this information to identify the case:**

Debtor name    The Turin Aviation Group, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    8:19-bk-01890

☒ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*    **A/B: Assets–Real and Personal Property**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    24 Ju 2019        X _____
                                     Signature of individual signing on behalf of debtor

**Edwin Franco**
Printed name

**Managing Manager, Secretary, Treasurer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **The Turin Aviation Group, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **8:19-bk-01890**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 1,043,714.85

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ 1,043,714.85

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ 128,154.84

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................... $ 200.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$ 24,838.71

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b     $ 153,193.55

Fill in this information to identify the case:

Debtor name: __The Turin Aviation Group, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known): __8:19-bk-01890__

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the Instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank (account was garnished on or about 12-11-18) | Checking | 2801 | $7,693.06 |
| 3.2. | Wells Fargo Bank | Savings | 0163 | $150.01 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.                                                                                                     $7,843.07
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   | 7.1. | Landlord's security deposit with Zephyrhills Airport | $1,500.00 |
   |---|---|---|

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

| Debtor | The Turin Aviation Group, LLC | Case number (If known) | 8:19-bk-01890 |
|---|---|---|---|
| | Name | | |

9. **Total of Part 2.**  $1,500.00

Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:  13,161.20  -  0.00  = ....  $13,161.20
   face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**  $13,161.20

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Debtor | The Turin Aviation Group, LLC | Case number (If known) | 8:19-bk-01890 |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | | | |
|---|---|---|---|---|---|
| 49.1. | Cessna fixed wing multi-engine airplane FAA Registration number N374TA, and its logbooks | | | | |
| | The plane and logbook were subject to a Sheriff's levy. Debtor filed a turnover adversary proceeding and the plane and logbook were turned over on March 26, 2019. | $126,618.21 | Market Value | | $170,000.00 |
| 49.2. | Piper fixed wing single-engine airplane FAA registration number N11HA, and its logbooks | | | | |
| | The plane and logbook were subject to a Sheriff's levy. Debtor filed a turnover adversary proceeding and the plane and logbook were turned over on March 26, 2019. | $62,689.19 | Market Value | | $68,000.00 |
| 49.3. | Beech Fixed wing multi-engine airplane FAA Registration number N2833G, Serial Number AF-159, model number C-45H and its logbooks | | | | |
| | The plane and logbook were subject to a Sheriff's levy. Debtor filed a turnover adversary proceeding and the plane and logbook were turned over on March 26, 2019. | $260,023.00 | Market Value | | $350,000.00 |
| 49.4. | Logbooks of the North American fixed wing single-engine airplane, FAA Registration Number N28100, serial number 4-1703A, model number T-28A | | | | |
| | The plane was sold at a Sheriff's sale in January, 2019. Debtor filed a turnover adversary proceeding and the logbooks were turned over on March 26, 2019. | Unknown | Market Value | | Unknown |
| 49.5. | Jet Provost MK5A, Serial No. XW354, Tail No. N300LT | $68,910.00 | Market Value | | $75,000.00 |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
    **Furniture, Fixtures & Equipment**    $26,000.00    Market Value    $52,000.00

| Debtor | The Turin Aviation Group, LLC | Case number (If known) 8:19-bk-01890 |
|---|---|---|
| | Name | |

| 51. | Total of Part 8. | $715,000.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. Is a depreciation schedule available for any of the property listed in Part 8?
■ No
☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>potential cause of action against Skyport Holdings Tampa, LLC and Rajesh Tala regarding the sale of 1949 North American fixed wing single-engine airplane, FAA Registration Number N28100, serial number 4-1703A, model number T-28A and potential fraudulent transfer/preference claims. | Unknown |
| | Nature of claim: potential fraudulent transfer/preference claims | |
| | Amount requested: $0.00 | |
| | **Potential cause of action against Hawk Aircraft Services regarding damages to planes. Debtor is investigating.** | Unknown |
| | Nature of claim | |
| | Amount requested: $0.00 | |

| Debtor | The Turin Aviation Group, LLC | Case number (If known) | 8:19-bk-01890 |
|---|---|---|---|
| | Name | | |

|   |   |   |
|---|---|---|
|  | potential counter claim against Global Resoure Managment Consultancy, Inc. ("GRMC"). | Unknown |
|  | Nature of claim — potential breach of contract | |
|  | Amount requested — $0.00 | |

| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
|---|---|---|
|  | potential counterclaims against John Scotell and Aaron Poidevin | Unknown |
|  | Nature of claim — potential interference contract in connection with the GRMC breach of contract | |
|  | Amount requested — $0.00 | |

| 76. | Trusts, equitable or future interests in property | |
|---|---|---|
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | |
|  | The Debtor has two liens against aircraft owned by Wings of Dreams, Inc. The first lien is in the amount of $31,927.67 and encumbers a Cessna 337/02-B and the second lien is in the amount of $241,782.91 which encumbers a Mcdonnel Douglas C47B. | $273,710.58 |
|  | On or about February 6, 2018, the Debtor entered into an Aircraft Purchase/Sales Agreement ("Contract") for the sale of the Jet Provost XW435 to Edward J. Geyman ("Mr. Geyman") in the amount of $37,500.00 "as is, where is". Pursuant to the Contract, Mr. Geyman was to pay the Debtor a $5,000 down payment and monthly payments not to exceed eight (8) months in order to pay the balance of $32,500.00. At the time of the sale, Mr. Geyman paid the Debtor $5,000.00 and the Debtor transferred the Jet Provost XW435 to Mr. Geyman. Mr. Geyman has not made any other payments pursuant to the Contract | $32,500.00 |

| 78. | Total of Part 11. | $306,210.58 |
|---|---|---|
|  | Add lines 71 through 77. Copy the total to line 90. | |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
■ No
☐ Yes

Debtor    **The Turin Aviation Group, LLC**                              Case number *(If known)* **8:19-bk-01890**
          Name

## Part 12  Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $7,843.07 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $1,500.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $13,161.20 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $715,000.00 | |
| 88. Real property. *Copy line 56, Part 9.................>* | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $306,210.58 | |
| 91. Total. Add lines 80 through 90 for each column | $1,043,714.85 | + 91b.  $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $1,043,714.85 |